FILED
MAR 0 3 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| Plaintiff, | ) ) ) | SENIOR JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | CASE NO.: 1:20-CR-785 |
| JESSICA L. CLAY, MARY TERESA PHILLIPS, aka, TERRY, | ) ) ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and 846 |
| Defendants. | ) ) | |

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about May 2020 to on or about October 16, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants JESSICA L. CLAY, MARY TERESA PHILLIPS, aka TERRY, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about October 16, 2020, in the Northern District of Ohio, Eastern Division, Defendant JESSICA L. CLAY did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about October 14, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MARY TERESA PHILLIPS, aka TERRY did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine via USPS parcel EJ448253061US, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

COUNT 4
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about October 14, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MARY TERESA PHILLIPS, aka TERRY did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine via USPS parcel EJ448253089US, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

## COUNT 5
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5. On or about October 14, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MARY TERESA PHILLIPS, aka TERRY did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine via USPS parcel EJ071943056US, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendants JESSICA L. CLAY and MARY TERESA PHILLIPS shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the violations charged herein; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.